# IN THE SUPREME COURT OF THE STATE OF NEVADA

CRAIG ALLEN RODGERS,
            Appellant,
      vs.
THE STATE OF NEVADA,
            Respondent.

No. 83816

FILED

DEC 13 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal "from the ORDER denying and/or dismissing the petition for rehearing/reconsideration motion to modify ruled on the 12 day of October, 2021." Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration in a criminal matter, this court lacks jurisdiction to consider this appeal. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

21-35366

cc:     Hon. Susan Johnson, District Judge
        Craig Allen Rodgers
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk